1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3

4

5  Plaintiff in pro per

6

7

8               STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN HSU,                        )    CASE NO:    C 08-02586 MHP
                                    )
12              Plaintiff,           )
                                    )    **CORRECTION OF**
13       v.                         )    **TYPOGRAPHICAL ERROR IN**
                                    )    **5/22/08 EMPLOYMENT**
14                                  )    **DISCRIMINATION COMPLAINT.**
   CALIFORNIA DEPARTMENT OF         )
15 TOXIC SUBSTANCES CONTROL,        )
         and                        )
16 JEFFREY WONG,                    )
                                    )
17              Defendants.          )
                                    )
18 _____  )

19

20    TO DEFENDANTS, THEIR COUNSEL OF RECORD, AND THE COURT:

21    PLEASE TAKE NOTE that a typographical error has appeared in Plaintiff's 5/22/08

22 Employment Discrimination Complaint in this Case. The year "2000" in Item 6.g. (under "The

23 basic facts surrounding my claim of discrimination are:") should be "1990."

24

25    DATED: June 4, 2008            Respectfully,

26

27                                   *[signature]*

28                                   _____
                                     JOHN HSU, Plaintiff in pro per

---

Typographical Error in 5/22/08 Employment Discrimination Complaint.     Case No.: C 08-02586 MHP

# CERTIFICATE OF SERVICE

I, _Dawn Gomez_, certify as follows:

I am over the age of 18 and not a party to this action. My business address is 2033 Shattuck Avenue, Berkeley, California 94704.

On June 5, 2008, I deposited the attached document:

**CORRECTION OF TYPOGRAPHICAL ERROR IN 5/22/08 EMPLOYMENT DISCRIMINATION COMPLAINT**

in the United States mail, in separate, sealed envelopes, with postage fully paid, addressed to:

Maureen Gorsen, Director  
Department of Toxic Substances Control  
1001 "I" Street  
Sacramento, CA 95814  

Jeffrey Wong  
Department of Toxic Substances Control  
1001 "I" Street, 12th Floor  
Sacramento, CA 95814  

I declare under penalty of perjury that the above is true.

Executed on June 5, 2008 in Berkeley, California,

_[signature]_

---

Typographical Error in 5/22/08 Employment Discrimination Complaint.       Case No.: C 08-02586 MHP