| In Pro Per: <br> John Hsu <br> P.O. Box 1255 <br> Berkeley, CA 94701 <br> Telephone No: 510-841-5992 <br> In Pro Per: Plaintiff | Ref. No. or File No.: | For Court Use Only <br><br> FILED <br> 08 JUN 13 PM 3: 43 <br> [illegible court stamp] |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Califronia ||| 
| Plaintiff: JOHN HSU ||| 
| Defendant: CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCE CONTROL ||| 

| **PROOF OF SERVICE** <br> **Summons** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-02586 MHP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Employment Discrimination Complaint, Order Setting Initial Case Management Conferance And Adr Deadlines, Dispute Resolution Procedures Inthe Northern District Of California, Instructions For Completion Of Adr Forms, Welcome To The U.S District Court, San Francisco, Notice Of Availability Of Magistrate Judge To Excercise Jurisdiction, Ecf Registration Information Handout

3. a. Party served:        JEFFREY WONG , DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGRAM
   b. Person served:       PARTY IN ITEM 3A

4. Address where the party was served:       1001 "I" STREET, 25TH FLOOR
                                              SACRAMENTO, CA 95814

5. I served the party:
   b. **by substituted service.** On: Tue., Jun. 03, 2008 at: 4:04PM by leaving the copies with or in the presence of:
      CAROL REILLY - ADMIN. ASST.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jun. 03, 2008 from: SACRAMENTO, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Lund                                                  d. **The Fee** for Service was:  $45.00
   b. **AGGRESSIVE PROCESS SERVING**                              e. I am: (3) registered California process server
      3020 Explorer Drive, Suite 7, Registration # 03-07             (i)   Independent Contractor
      SACRAMENTO, CA 95827                                           (ii)  Registration No.:     2002-23
   c. (916) 488-5813                                                 (iii) County:               Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 05, 2008

Judicial Council Form POS-010            PROOF OF SERVICE                  (Jason Lund)
Rule 2.150.(a)&(b) Rev January 1, 2007        Summons                                              hsu.11252

| In Pro Per: John Hsu<br>P.O. Box 1255<br>Berkeley, CA 94701<br><br>Telephone No: 510-841-5992 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Califronia | | |
| Plaintiff: JOHN HSU | | |
| Defendant: CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCE CONTROL | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-02586 MHP |
|---|---|---|---|---|

1. I, Jason Lund, and any employee or independent contractors retained by AGGRESSIVE PROCESS SERVING are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JEFFREY WONG, DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGRAM as follows:

2. **Documents:** Summons; Employment Discrimination Complaint, Order Setting Initial Case Management Conference And Adr Deadlines, Dispute Resolution Procedures Inthe Northern District Of California, Instructions For Completion Of Adr Forms, Welcome To The U.S District Court, San Francisco, Notice Of Availability Of Magistrate Judge To Excercise Jurisdiction, Ecf Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 05/28/08 | 4:42pm | Business | Subject was not in.; WAITED FOR LEGAL DEPT. TO LOCATE SOMEONE TO ACCEPT SERVICE OF PROCESS, NO ONE AVAILABLE Attempt made by: Jason Lund. Attempt at: 1001 "I" STREET, 25TH FLOOR SACRAMENTO CA. 95814. |
| Thu | 05/29/08 | 10:09am | Business | Subject was not in.; WAITED FOR LEGAL DEPT. TO LOCATE SOMEONE TO ACCEPT SERVICE OF PROCESS, NO ONE AVAILABLE Attempt made by: Jason Lund. Attempt at: 1001 "I" STREET, 25TH FLOOR SACRAMENTO CA. 95814. |
| Mon | 06/02/08 | 3:54pm | Business | Subject was not in.; WAITED FOR LEGAL DEPT. TO LOCATE SOMEONE TO ACCEPT SERVICE OF PROCESS, NO ONE AVAILABLE Attempt made by: Jason Lund. Attempt at: 1001 "I" STREET, 25TH FLOOR SACRAMENTO CA. 95814. |
| Tue | 06/03/08 | 4:04pm | Business | Substituted Service on: JEFFREY WONG, DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGRAM Business - 1001 "I" STREET, 25TH FLOOR SACRAMENTO, CA. 95814 by Serving: PARTY IN ITEM 3A a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: CAROL REILLY - ADMIN. ASST.. Served by: Jason Lund |
| Tue | 06/03/08 | | | Mailed copy of Documents to: JEFFREY WONG, DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGRAM |

3. Person Executing
   a. Jason Lund
   b. **AGGRESSIVE PROCESS SERVING**
   3020 Explorer Drive, Suite 7, Registration # 03-07
   SACRAMENTO, CA 95827
   c. (916) 488-5813

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for service was: $45.00
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 2002-23
       (iii) County: Sacramento

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jun. 05, 2008   **AFFIDAVIT OF REASONABLE DILIGENCE**   (Jason Lund)   hsu.11252