1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3
4
5  Plaintiff in pro per
6
7

FILED
08 JUN 13 PM 3: [illegible]
[clerk stamp] U.S. DISTRICT COURT
[California]

8                    STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10
11  JOHN HSU,                        )   CASE NO:    C 08-02586 MHP
                                     )
12              Plaintiff,           )
                                     )   **RETURN OF SERVICE OF**
13       v.                          )   **SUMMONS AND COMPLAINT**
                                     )
14                                   )
    CALIFORNIA DEPARTMENT OF         )
15  TOXIC SUBSTANCES CONTROL,        )
              and                    )
16  JEFFREY WONG,                    )
                                     )
17              Defendants.          )
                                     )
18  _____  )
19
20
21
22
23
24
25
26
27
28

Return of Service of Summons and Complaint.                Case No.: C 08-02586 MHP

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

JOHN HSU

v.

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08-02586  MHP

ADR

TO: (Name and address of defendant)

Maureen Gorsen, Director,    and Jeffrey Wong
Department of Toxic Substances Control
1001 "I" Street
Sacramento, CA 95814

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Hsu
P. O. Box 1255
Berkeley, CA 94701

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*(signature)*
(BY) DEPUTY CLERK

DATE  MAY 2 2 2008

## ☙ AFFIDAVIT OF SERVICE ❧

UNITED STATES DISTRICT COURT
District of

Case Number: CO8-02586

Plaintiff:
**JOHN HSU**

vs.

Defendant:
**CALIFORNIA DEPARTMENT OD TOXIC SUBSTANCES CONTROL**

For:
John Hsu
P.O. Box 1255
Berkeley, CA 94701

Received by PROCESS SERVING INC. on the 29th day of May, 2008 at 12:51 pm to be served on **JEFFREY WONG, DEPUTY DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGAM CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, 1001 I STREET, 12TH FLOOR, SACRAMENTO, CA 95814**.

I, TERRY HOOVER, being duly sworn, depose and say that on the **29th day of May, 2008 at 3:30 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, EMPLOYMENT DISCRIMINATION COMPLAINT, ORDER SETTING TRIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, ECF REGISTRATION INFPRMATION HANDOUT** with the date and hour of service endorsed thereon by me, to: **COLLEEN HECK** as **SENIOR STAFF COUNSEL** for **JEFFREY WONG, DEPUTY DIRECTOR SCIENCE, POLLUTION PREVENTION & TECHNOLOGY PROGAM CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. **(To edit this declaration or add a new declaration, go to Setup>Servers>Server Declarations. You can have up to 7 declarations.)**

Subscribed and Sworn to before me on the 7th day of June, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TERRY HOOVER
2004-56

PROCESS SERVING INC.
725 30th Street
Suite 107
Sacramento, CA 95816
(916) 492-2588
Our Job Serial Number: 2008001290

Service Fee: $40.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

## AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## District of

Case Number: CO8-02586

Plaintiff:
**JOHN HSU**

vs.

Defendant:
**CALIFORNIA DEPARTMENT OD TOXIC SUBSTANCES CONTROL**

For:
John Hsu
P.O. Box 1255
Berkeley, CA 94701

Received by PROCESS SERVING INC. on the 29th day of May, 2008 at 12:22 pm to be served on **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, 1001 I STREET, 25TH FLOOR, SACRAMNETO, CA 95814**.

I, TERRY HOOVER, being duly sworn, depose and say that on the **29th day of May, 2008 at 3:21 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, EMPLOYMENT DISCRIMINATION COMPLAINT, ORDER SETTING TRIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA, INSTRUCTIONS FOR COMPLETION OF ADR FORMS, WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, ECF REGISTRATION INFPRMATION HANDOUT** with the date and hour of service endorsed thereon by me, to: **RICHARD SHERWOOD** as **ASSISTANT CHIEF COUNSEL** for **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. **(To edit this declaration or add a new declaration, go to Setup>Servers>Server Declarations. You can have up to 7 declarations.)**

Subscribed and Sworn to before me on the 7th day of June, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**TERRY HOOVER**
2004-56

**PROCESS SERVING INC.**
**725 30th Street**
**Suite 107**
**Sacramento, CA 95816**
**(916) 492-2588**
Our Job Serial Number: 2008001288

Service Fee: $40.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u