1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   LILLIAN Y. TABE, State Bar No. 207338
4  Deputy Attorney General
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone: (510) 622-2100
    Fax: (510) 622-2270
7   Email: Lillian.Tabe@doj.ca.gov

8  Attorneys for California Department of Toxic
   Substances Control, and Jeffrey Wong
9

10              IN THE UNITED STATES DISTRICT COURT
11              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JOHN HSU,<br><br>                                    Plaintiff,<br><br>           v.<br><br>**CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and JEFFREY WONG, in his personal capacity,**<br><br>                                    Defendants. | Case No.: C08-02586 MHP<br><br>**PROOF OF SERVICE** |

Proof of Service – Case No. C 08-02586 MHP

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hsu v. DTSC**

No.:   **C08-02586**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On **June 20, 2008**, I served the attached **Answer to Complaint [Demand for Jury Trial]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

John Hsu
P.O. Box 1255
Berkeley, CA  94701

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 20, 2008**, at Oakland, California.

| Sara A. Wishom | /S/ |
| --- | --- |
| Declarant | Signature |

90088058.wpd