1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3

4

5  Plaintiff in pro per

6

7

                          FILED
                    08 JUN 23 PM 1:57
                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

8                        STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN HSU,                          )   CASE NO:   C 08-02586 MHP
                                        )
12 |                    Plaintiff,      )
                                        )   **REQUEST TO ENTER DEFAULT**
13 |         v.                         )
                                        )
14 |                                    )
   CALIFORNIA DEPARTMENT OF             )
15 TOXIC SUBSTANCES CONTROL,            )
              and                       )
16 JEFFREY WONG,                        )
                                        )
17                      Defendants.     )
                                        )
18 _____    )

19

20     TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

21         Plaintiff John Hsu hereby requests that the Clerk of the above-entitled Court enter

22 default in this matter against defendants California Department of Toxic Substances Control

23 and Jeff Wong on the ground that said defendants have failed to appear or otherwise respond to

24 the Employment Discrimination Complaint within the time prescribed by the Federal Rules of

25 Civil Procedure. Plaintiff had a process server, Process Serving Inc. of Sacramento, California,

26 serve the Summons and Complaint on the defendants on May 29, 2008, evidenced by the

27 Return of Service of Summons and Complaint on file in this Court.

28         The above stated facts are set forth in the accompanying Declaration of John Hsu in

                                              1.

Request to Enter Default.                .          .         Case No.: C 08-02586 MHP

2.

1 | Support, filed herewith.

3 | Dated: June 21, 2008

*[signature]*

JOHN HSU, Plaintiff in *pro per*

2.

Request to Enter Default.                                    Case No.: C 08-02586 MHP