1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3

**FILED**

08 JUN 23 PM 1:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Plaintiff in pro per

## STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HSU,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>TOXIC SUBSTANCES CONTROL,<br>and<br>JEFFREY WONG,<br><br>    Defendants. | CASE NO:  C 08-02586 MHP<br><br>**DECLARATION OF JOHN HSU IN SUPPORT OF ENTRY OF DEFAULT.** |

I, John Hsu, Plaintiff in the above action, declare as follows:

1. On 5/22/08, I filed the Employment Discrimination Complaint in the above Case in the United States District Court. The Court then issued a Summons for defendants to answer within 20 days from the date of service.

2. Defendant California Department of Toxic Substances Control is a state agency, and defendant Jeffrey Wong is an adult and a competent person.

3. On 6/11/08, I received AFFIDAVITS OF SERVICE from Process Serving Inc., 725 30th Street, Suite 107, Sacramento, CA 95816, stating that the process server had served the Summons and Complaint in this action on both defendants on 5/29/08.

1.

Declaration of John Hsu in Support of Entry of Default .    Case No.: C 08-02586 MHP

1    4. On 6/13/08, I filed a "Return of Service of Summons and Complaints" in this court,
2 attaching to it the process server's original AFFIDAVITS OF SERVICE.
3    5. As of today, June 21, 2008, the time allowed by law for responding the Summons
4 and Complaint has expired, but I still have not received defendants' responses, answer, other
5 pleadings, or motions permitted by law.
6    I declare under penalty of perjury that the above statements are true and correct.
7
8    Executed on June 21, 2008 in Berkeley, California.
9
10
11    _____
     JOHN HSU, Plaintiff in *pro per*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.

Declaration of John Hsu in Support of Entry of Default                Case No.: C 08-02586 MHP