1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3
4
5  Plaintiff in pro per
6
7
8              STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10

11  JOHN HSU,                        )    CASE NO:    C 08-02586 MHP
                                     )
12                    Plaintiff,     )
                                     )    **DEFAULT BY CLERK**
13           v.                      )
                                     )    **F.R.C.P. 55(a)**
14                                   )
    CALIFORNIA DEPARTMENT OF         )
15  TOXIC SUBSTANCES CONTROL,        )
          and                        )
16  JEFFREY WONG,                    )
                                     )
17                    Defendants.    )
                                     )
18  _____      )

19

20       It appearing from the records in the above-entitled action that Summons has been

21  served upon the defendants named below, and it further appearing from the Declaration of

22  Plaintiff John Hsu, and other evidence as required by the Federal Rules of Civil Procedure,

23  Rule 55(a) that each of the below defendants have failed to plead or otherwise defend in said

24  action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

25       Now, therefore, on request of plaintiff, the DEFAULT of each of the following named

26  defendants is hereby entered:

27       California Department of Toxic Substances Control;

28       Jeffrey Wong.

1.

Default by Clerk  .                .                   .        Case No.: C 08-02586 MHP

1
2    Dated: _____
3
4
5
                                                            _____
6                                                                          Deputy Clerk
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.

Default by Clerk    Case No.: C 08-02586 MHP