**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking	General Court Number
Clerk	415.522.2000

June 25, 2008

RE:  CV 08-02586 MHP     JOHN HSU-v- CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL

Default is declined as to **Defendants California Department of Toxic Substances Control and Jeffrey Wong** on **June 25, 2008.**

RICHARD W. WIEKING, Clerk

*Gina Agustine*
by:  Gina Agustine-Rivas
Case Systems Administrator