UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN HSU

        Plaintiff(s),

v.

CA DEPT. OF TOXIC SUBSTANCES
CONTROL & JEFFREY WONG
        Defendant(s).

Case No. C08-02586 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/14/08

Dated: 8/14/08

                              Jeffrey Wong, Defendant

                              Lillian Y. Tabe, Dep Atty Gen
                              Attorney for Defendants

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Hsu v. DTSC**

No.:   **C08-02586**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On <u>August 18, 2008</u>, I served the attached **ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

John Hsu
P.O. Box 1255
Berkeley, CA 94701


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 18, 2008, at Oakland, California.

| Sara A. Wishom | _Sara Wishom_ (signature) |
|---|---|
| Declarant | Signature |

90091758.wpd