1  John Hsu
2  P. O. Box 1255
3  Berkeley, CA 94701
4  (510) 841-5992
5  Plaintiff in pro per



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| John Hsu | No.  C 08-02586 MHP |
|---|---|
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Cal. Dept. of Toxic Substances Control; Jeffrey Wong | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   8/12/08

_____
Signature

Counsel for____pro se____
(Name or party or indicate "pro se")