John Hsu
P. O. Box 1255
Berkeley, CA 94701
H: (510) 841-5992

Plaintiff in pro per

STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HSU,<br><br>           Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF<br>TOXIC SUBSTANCES CONTROL,<br>           and<br>JEFFREY WONG in his personal<br>capacity,<br><br>           Defendants. | CASE NO:   C 08-02586 MHP<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.**<br><br>(Civ. L.R. 3-16) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 10, 2008

_____
JOHN HSU, Plaintiff in *pro per*

1.

Plaintiff's Certification of Interested Entities or Persons.                     Case No.: C 08-02586 MHP