UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Hsu                          ,
                Plaintiff(s),

       v.

Cal. Dept. of Toxic Substances
Control; Jeffrey Wong
                                  ,
                Defendant(s).
_____/

CASE NO. C 08-02586 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

FILED
08 AUG 15 PM 3: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   9/8/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John Hsu | Plaintiff | (510) 841-5992 | shihlohsu@yahoo.com |
| Lillian Tabe | Defendants | (510) 622-2100 | Lillian.Tabe@doj.ca.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/15/08

_____
Attorney for Plaintiff in propria persona

Dated: 8/12/08

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Rev. 12/05