UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Hsu
_____,
        Plaintiff(s),

   v.

Cal. Dept. Toxic Substances Control;
Jeffrey Wong in his personal capacity
_____,
        Defendant(s).
_____/

CASE NO. C 08-02586 MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

**FILED**
AUG 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/12/08

*[signature]*
[Party]   in pro se

Dated: _____

_____
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05