1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   LILLIAN Y. TABE, State Bar No. 207338
4  Deputy Attorney General
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2246
    Fax:  (510) 622-2270
7   Email:  Lillian.Tabe@doj.ca.gov

8  Attorneys for California Department of Toxic
   Substances Control, and Jeffrey Wong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HSU,** | Case No.: C08-02586  MHP |
| Plaintiff, | **DEFENDANT JEFFREY WONG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and JEFFREY WONG,** | |
| Defendants. | |

   Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 29, 2008         EDMUND G. BROWN JR.
                                Attorney General of the State of California

                                MIGUEL A. NERI
                                FIEL D. TIGNO
                                Supervising Deputy Attorneys General

                                /s/LILLIAN Y TABE
                                _____
                                LILLIAN Y. TABE
                                Deputy Attorney General
                                Attorneys for Defendants

Def. Wong's Certification of Interested Entities Or Persons  –  Case No.  C08-02586 MHP

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *John Hsu v. California Department of Toxic Substances Control, et al.*

No.:   **U.S. District Court, Northern District of California, Case No.  C08-02586 MHP**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 29, 2008, I served the attached **DEFENDANT JEFFREY WONG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at P.O. Box 70550, Oakland, CA  94612-0550, addressed as follows:

John Hsu
P.O. Box 1255
Berkeley, CA 94701

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 29, 2008, at Oakland, California.

|   Teresa E. Dueñas   |   /s/Teresa Dueñas   |
|:---:|:---:|
| Declarant | Signature |