EDMUND G. BROWN JR.
Attorney General of California
DAVID A. CARRILLO
Deputy Attorney General
State Bar No. 177856
  1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2215
 Fax: (510) 622-2121
 E-mail: DavidA.Carrillo@doj.ca.gov
*Attorneys for defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HSU,**<br><br>                 Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and JEFFREY WONG,**<br><br>                 Defendants. | C08-02586<br><br>[~~PROPOSED~~]<br>**ORDER CHANGING STATUS CONFERENCE DATE**<br><br><br>Date: 07 Sep 2009<br>Time: 1500<br>Dept: 15<br>Judge: Honorable Marilyn Hall Patel<br>Trial Date: n/a<br>Action Filed: 22 May 2008 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants have requested that the Court re-set the status conference in this action, currently set on September 7, 2009, because the court will be closed on that date for a national holiday (5 U.S.C. 6103(a)), and because counsel of record for defendants, Deputy Attorney General Lillian Y. Tabe, is not scheduled to return from maternity leave until September 1.

Good cause appearing, IT IS HEREBY ORDERED THAT the status conference date is continued to __9/21/2009 at 3:00 p.m.__, with separate status conference statements from the parties to be filed seven calendar days in advance.

Dated:  __8/11/2009__, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel

OK2008900307
90122398.doc

1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Hsu v. DTSC**
No.:  **United States District Court No. C08-02586**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 7, 2009</u>, I served the attached **[PROPOSED] ORDER CHANGING STATUS CONFERENCE DATE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:

John Hsu
P.O. Box 1255
Berkeley, CA 94701

John Hsu
1760 Walnut Street, #105
Berkeley, CA 94709

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2009, at Oakland, California.

|  Leticia Martinez-Carter  |  */s/ Leticia Martinez-Carter*  |
|---|---|
| Declarant | Signature |

OK2008900307
90122400.doc