1   John Hsu
    P. O. Box 1255
2   Berkeley, CA 94701
    H: (510) 841-5992
3

4

5   Plaintiff in pro per



6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN HSU,                              )   CASE NO:    C 08-02586 MHP
                                           )
12                  Plaintiff,             )   **PLAINTIFF'S REQUEST FOR
                                           )   LEAVE TO APPEND CALIFORNIA
13         v.                              )   GOVERNMENT PROGRAM'S
                                           )   11/19/09 "RIGHT-T0-SUE" LETTER
14                                         )   TO PLAINTIFF'S EMPLOYMENT
    CALIFORNIA DEPARTMENT OF               )   DISCRIMINATION COMPLAINT;
15  TOXIC SUBSTANCES CONTROL,              )   [PROPOSED] ORDER.**
          and                              )
16  JEFFREY WONG in his personal           )   Hearing date:
    capacity,                              )   Hearing time:
17                                         )   Courtroom 15:       18th Floor
                    Defendants.            )                       450 Golden Gate Ave.
18                                         )                       San Francisco, CA 94102
                                           )
19                                         )   Judge:      The Honorable
                                           )               Marilyn Hall Patel
20  _____        )

21

22          TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORDS:

23          The instant action includes a claim for Defendant California Department of Toxic

24  Substances Control ("DTSC")'s ongoing and continuing breach of a Settlement Agreement

25  reached on 8/25/03 in this Court. As the Settlement Agreement was fully incorporated into this

26  Court's 9/22/03 Order, this Court has ancillary jurisdiction to enforce the 9/22/03 Order.

27  *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 [126 L.Ed.2d 391, 397, 114

28  S.Ct. 1673, 1677] (1994). DTSC has asserted, however, that Plaintiff is required to first

                                          1.

1  present the breach claim to the California Victim Compensation & Government Claims Board
2  ("Board") (Cal. Gov. Code, § 945.4).  Accordingly, Plaintiff presented the claim, and obtained
3  the Board's "Right to Sue" letter, dated 11/19/09, copy attached.  Although Plaintiff does not
4  believe that his case requires claim presentation, in order to minimize possible complications in
5  the future, Plaintiff respectfully requests the Court for leave to append the 11/19/09 "Right to
6  Sue" letter to Plaintiff's 5/22/08 Employment Discrimination Complaint.

7  Dated: November 30, 2009                Respectfully submitted,

   */s/ John Hsu*

   JOHN HSU, Plaintiff in *pro per*

### [PROPOSED] ORDER

GOOD CAUSE APPEARING,

Plaintiff's request for leave to append is GRANTED.

The California Victim Compensation and Government Claims Program's 11/19/09 "Right to Sue" letter is DEEMED APPENDED to Plaintiff's 5/22/08 Employment Discrimination Complaint.

IT IS SO ORDERED.

Dated: __12/3/2009__



IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court
Northern District of California

2.



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

FRED AGUIAR
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

John Hsu
PO Box 1255
Berkeley, CA 94701

November 19, 2009

RE: Claim G586053 for John Hsu

Dear John Hsu,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on November 12, 2009.

If you have questions about this matter, please mention letter reference 118 and claim number G586053 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Jacqueline B. Tinetti, Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc: T-1 Toxic Substances Control, Attn: Elizabeth Yelland, Chief Counsel

Warning

"Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim."  See Government Code Section 945.6.  You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately".

* * * * * * * * *

It is not necessary or proper to include the Victims Compensation and Government Claims Board (Board) in your court action unless the Board was identified as a defendant in your original claim.  Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 118 Board Claim Rejection