1  John Hsu
   P. O. Box 1255
2  Berkeley, CA 94701
   H: (510) 841-5992
3
4
5  Plaintiff in pro se
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11  JOHN HSU, | ) | CASE NO:  C 08-02586 MHP |
| 12                           Plaintiff, | ) | (3:08-cv-02586-MHP) |
| 13       v. | ) | [~~PROPOSED~~] ORDER DENYING ~~FOR~~ PRESERVATION OF RECORDS |
| 14  CALIFORNIA DEPARTMENT OF | ) | Hearing date: |
| 15  TOXIC SUBSTANCES CONTROL, and | ) | Time: |
| 16  JEFFREY WONG, | ) | Place:  Courtroom 15, 18th Floor |
| 17                           Defendants. | ) | Judge:  The Honorable Marilyn Hall Patel |

[Received stamp: 2011 JAN 24 P 3:09, Richard W. Wieking, Clerk, U.S. District Court, Northern District of California]

20  GOOD CAUSE APPEARING, ~~and until further notice, defendants~~ California

21  Department of Toxic Substances Control ("DTSC"~~"~~) ~~and Jeffrey Wong are ordered to preserve,~~

22  ~~and not destroy, any item and document, paper, electronic, or otherwise, left at plaintiff John~~

23  ~~Hsu's former work stations in DTSC in 2007.~~  Plaintiff's motion is

24  IT IS SO ORDERED.  DENIED except as contained in

25  Dated: 2/3/11   this court's preservation order

26  of Jan. 25, 2011, Doc. No. 45.

Plaintiff shall file no further papers

27  with this court

28  except as necessary    _____
   to reopen only after    MARILYN HALL PATEL
                           United States District Court Judge

decision by state agency(ies) and a court

[Proposed] Order for Preservation of Records              Case No.: C 08-02586 MHP

hearing this matter and for which

a stay was granted.